Decided May 29, 2007

DANIEL MORGAN *v.* COMMISSIONER OF CORRECTION

The petitioner Daniel Morgan's petition for certification for appeal from the Appellate Court, 100 Conn. App. 903 (AC 27860), is denied.

*Robert J. McKay*, special public defender, in support of the petition.

*John P. Gravalec-Pannone*, senior assistant state's attorney, in opposition.

Decided May 29, 2007